

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL WILLIAM BRODERICK, ) | Civil Action No. 7:12-cv-00054 | |
|    Petitioner, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| HAROLD CLARKE, ) | By: | Hon. Jackson L. Kiser |
|    Respondent. ) | | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that respondent's motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

ENTER: This \_\_1st\_\_ day of November, 2012.

                                                        Senior United States District Judge